622

No. 150. PELLEY v. COLPOYS, U. S. MARSHAL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. T. Edward O'Connell* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Edward M. Curran* for respondent.

No. 166. RYAN, EXECUTRIX, v. ALEXANDER, FORMERLY COLLECTOR OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Chas. H. Garnett* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *William L. Cary* for respondent.

No. 171. HADEN COMPANY v. COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Homer L. Bruce* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Richard H. Demuth,* and *Arthur A. Armstrong* for respondent.

No. 180. WAGNER v. UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE